# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3000

_____

Erick Rocael Garcia Olivares,         *
        *
        Petitioner,         *
        *   Petition for Review of an
      v.         *   Order of the Board of
        *   Immigration Appeals.
Alberto Gonzales,         *
        *   [UNPUBLISHED]
        Respondent.         *

_____

Submitted: September 7, 2007
Filed: September 13, 2007

_____

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

Guatemalan citizen Erick Garcia Olivares petitions for review of an order of the Board of Immigration Appeals (BIA) which affirmed an Immigration Judge's (IJ's) denial of asylum, withholding of removal, and relief under the Convention Against Torture (CAT).

After careful review of the record, we conclude the decision of the IJ and the BIA--that Olivares failed to establish either past persecution or a well-founded fear of future persecution on account of a protected ground--is supported by substantial evidence in the record as a whole. See Eta-Ndu v. Gonzales, 411 F.3d 977, 982-83 (8th Cir. 2005) (standard of review); see also Quomsieh v. Gonzales, 479 F.3d 602,

605 (8th Cir. 2007) (when BIA adopts IJ's decision and adds its own reasoning, this court reviews both decisions together). Because Olivares alleged the same factual basis for all his claims, the conclusions that support the denial of his asylum and withholding-of-removal claims also support the denial of his CAT claim. See Samedov v. Gonzales, 422 F.3d 704, 708-09 (8th Cir. 2005).

Accordingly, we deny the petition.

_____